UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON CLARK, et al<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., et al,<br><br>Defendants. | Case No.: 2:21-cv-01941-SVW-AFM<br><br>**ORDER OF DISMISSAL** |

Pursuant to the Stipulation of Dismissal filed by the parties on August 23, 2021, IT IS HEREBY ORDERED that Plaintiff's causes of action against Defendants MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING, LLC, and ENCORE CAPITAL GROUP, INC. are dismissed with prejudice. Any claims of any putative class members are dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: August 24, 2021

_____
Honorable Stephen V. Wilson
United States District Judge